# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

————————————

**No. 201800172**

————————————

**UNITED STATES OF AMERICA**
*Appellee*

v.

**Francisco AVALOSNAVA**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

*Military Judges:* Lieutenant Colonel Jeffrey V. Munoz, USMC
(arraignment)
Major John L. Ferriter, USMC (trial).

*For Appellant:* Captain Kimberly D. Hinson, JAGC, USNR.

*For Appellee*: Brian K. Keller, Esq.

————————————

Decided 20 November 2018

————————————

Before WOODARD, CRISFIELD, and FOIL,
*Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court